IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Pressdough of Bismarck, LLC, | ) | Case No. 1:08-cv-062 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO TRANSFER VENUE** |
| | ) | |
| A&W Restaurants, Inc., and Long | ) | |
| John Silver's, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

Defendants A&W Restaurants, Inc. and Long John Silver's, Inc. move the Court to transfer venue of this matter from the United States District Court, District of North Dakota, Southwestern Division to the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to the inherent powers of the Court or in accordance with 28 U.S.C. §1404. A similar proceeding is presently pending in the Kentucky District Court and, in the interest of judicial economy, the North Dakota case should be transferred to Kentucky so that the two cases can be consolidated. This motion is based on the brief filed herewith and the pleadings presently on file with the Court.

Dated this 24rd day of June, 2008.

_____/s/_____
Lawrence A. Dopson (ID #03214)
Zuger Kirmis & Smith
Attorneys for Defendants
PO Box 1695
Bismarck, ND 58502-1695
701-223-2711